# CRIMINAL PROCEEDINGS/Sentencing
## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge Edward J. Lodge　　　　　　　　　　Date: March 9, 2015
Deputy Clerk: Diane Chamberlain　　　　　Case: 1:14-cr-00209-EJL
Reporter: Lisa Yant　　　　　　　　　　　Time: 9:30 - 10:00 a.m.
　　　　　　　　　　　　　　　　　　　　Location: Boise, ID

**UNITED STATES OF AMERICA vs. DANIELLE MARIE COOK**
　　　　　Counsel for United States: AUSA Justin Whatcott
　　　　　Defendant: Craig Durham
　　　　　Probation Officer: Brent Flock
　　　　　Interpreter: n/a

The Defendant appeared for sentencing on Count 12 charging Bank Fraud and/or Aiding and Abetting the Same and Count 24 Aggravated Identity Theft and/of Aiding and Abetting the Same. The plea was pursuant to a written plea agreement. Objections were made to the presentence report. The Court has had the opportunity to consider those objections along with the comments expressed in court today; and, except as modified here today, felt the responses to those objections as contained in the addendum to the presentence report adequately addressed the concerns and objections of the Defendant and adopted the presentence report and the addendum thereto.

Recommendations as to sentencing were made by counsel. The Court granted the motion for a downward departure.

The Defendant sentenced to the custody of the Bureau of Prisons for a period Two (2) months on Count 12 and Twelve (12) months on Count 24 to be served concurrently to be followed by a term of Supervised Release for One (1) year on Count 12 and Three (3) years on Count 24 to be served concurrently. The Defendant to comply with the following terms and conditions of supervised release:

Bureau of Prisons recommendations for RDAP, complete GED, receive vocational training and mental health treatment.

Within 72 hours of release from any custody during the term of the Court ordered Supervision, the Defendant shall report in person to the probation office in the district to which the Defendant is released.

The Defendant shall not commit another federal, state or local crime during the term of supervision.

The Defendant shall comply with the rules and regulations of the Probation Department.

The Defendant shall not possess firearm or other dangerous weapon.

The Defendant shall not unlawfully possess a controlled substance and shall abstain from the unlawful use of the same.

Pursuant to 18 USC §3583(d) the Defendant shall submit to a drug test within 15 days of release on supervised release and to a maximum of five (5) periodic drug tests a month thereafter for the term of supervised release, as directed by the probation officer. Cost of the testing to be paid by the Defendant and the government based upon the Defendant's ability to pay.

The Defendant shall participate in a program of testing and treatment for drug/alcohol abuse, as directed by the probation officer, until such time as the Defendant is released from the program by the probation officer. Cost of the treatment and testing to be paid by the Defendant and the government in monthly payments as arranged by the probation officer based on the Defendant's ability to pay.

The Defendant shall participate in a program of mental health treatment, as directed by the probation officer, until such time as the Defendant is released from the program by the probation officer. Cost of the treatment and testing to be paid by the Defendant and the government in monthly payments as arranged by the probation officer based on the Defendant's ability to pay.

As directed by a mental health professional, the Defendant shall take all medications as prescribed. The cost of medication to be paid by both the government and the Defendant based upon the defendant's ability to pay.

The Defendant shall use only one pharmacy for obtaining prescription medication, report that pharmacy to the probation officer and notify the probation officer of any changes.

The Defendant shall use only one doctor, physician's assistant or nurse practitioner as a primary care physician. The Defendant shall report the chosen medical provider to the probation officer and notify the probation officer of any changes. The Defendant must sign consent for probation to access information concerning medications and treatment. All prescriptions must be disclosed to doctors and probation officer.

The Defendant shall abstain from the consumption of alcohol and shall not frequent bars or similar establishments where alcohol is the chief item for sale.

The Defendant shall submit his or her person, property, house, residence, vehicle, papers, or office, to a search conducted by a United States probation officer. The Defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition.

The Defendant shall, upon request of the probation officer, or a person duly authorized by the probation officer, provide any and all financial information requested by the probation officer or the duly authorized person.

The Defendant shall not incur any new credit charges nor open additional lines of credit without the approval of the probation officer.

Pursuant to 18 USC §§3563(a)(9) and 3583(d), the Defendant shall cooperate in the collection of DNA.

A fine is waived due to the Defendants ability to pay.

Restitution is ordered in the amount of $26,502 at a monthly rate to be established by the probation officer. Each monthly payment shall be made on or before a date established by the probation officer. The payment shall be made to the Clerk of the Court for the District of Idaho to be paid jointly and severally on behalf of: Jennifer A. Gallagher

The Defendant shall submit nominal periodic payments while incarcerated through the inmate financial responsibility program. Upon release from custody the Court will, with assistance from the probation officer, review the Defendant's financial status and determine an appropriate restitution payment schedule. The payment schedule shall be regularly reviewed by the Court and may be modified based upon Defendant's ability to pay.

Pursuant to 18 USC §3013 the Defendant shall pay a Special Assessment of $100 on each count.

Government's Motion to Dismiss remaining counts and Forfeiture – GRANTED.

Right to Appeal advised.

The Defendant remanded to the custody of the USMS.